IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOSE R. DIAZ,

    Plaintiff

VS.

Dr. DEWAYNE AYERS, et al.,

    Defendants

CIVIL ACTION NO.: 1:05-CV-137 (WLS)

### ORDER

Plaintiff **JOSE R. DIAZ** has filed a motion to proceed *in forma pauperis* on appeal from the Court's Order adopting the United States Magistrate Judge's Recommendation that plaintiff's motion to proceed *in forma pauperis* be denied and his action be dismissed without prejudice. (R. at 13).

As was noted in the United State Magistrate Judge's Recommendation (R. at 4) and this Court's Order (R. at 6), plaintiff has accumulated three strikes under 28 U.S.C. § 1915(g).

The Prison Litigation Reform Act of 1995 provides that a prisoner may not bring a civil action or **appeal** a civil judgment

> if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Because plaintiff has had at least three complaints and/or appeals dismissed as frivolous in the past and has made no showing of "imminent danger of serious physical injury," his motion to

proceed *in forma pauperis* on appeal is hereby **DENIED**.

**SO ORDERED**, this 3rd day of August, 2006.

_____
W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

lnb